PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIO MATA MANZO,<br><br>Defendant. | CASE NO.: 1:23-MJ-00018-SAB<br><br>REQUEST TO SEAL AFFIDAVIT OF CRIMINAL COMPLAINT |

A complaint in the above-captioned matter was filed and an arrest warrant issued on February 13, 2023. The matter was sealed in order to locate the defendant. The defendant was arrested on February 28, 2023 and is scheduled to appear in this Court on this date. The government therefore moved to unseal the complaint and the Court ordered its unsealing.

After re-reviewing the affidavit, the government moves to seal the affidavit portion of the complaint in the interest of protect the privacy concerns of the defendant, pursuant to Federal Rule of Criminal Procedure 49.1. The affidavit contains the home address of the defendant, as well as license plate numbers and phone numbers.

Dated: February 28, 2023

PHILLIP A. TALBERT
United States Attorney

By: *Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIO MATA MANZO,<br><br>Defendant. | CASE NO: 1:23-MJ-00018-SAB<br><br>ORDER TO SEAL AFFIDAVIT OF CRIMINAL COMPLAINT |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the affidavit of the complaint in the above-captioned matter be sealed to protect privacy concerns. <u>However, the Government shall file on the docket a redacted version of the complaint within five (5) days of this order</u>.

IT IS SO ORDERED.

Dated: __**February 28, 2023**__      /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL COMPLAINT