

FILED

MAR 0 3 2023

CLERK U.S. DISTRICT
EASTERN DISTRICT...
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 1:23-MJ-00018-1-SAB |
| Plaintiff, ) | |
| ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| DARIO MATA MANZO, ) | |
| Defendant. ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that David A. Torres be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 28, 2023.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

DATED: 3/3/2023

HON. ERICA P. GROSJEAN
United States Magistrate Judge